St. Mary's County Sheriff's Office

| | | |
|---|---|---|
| Offense: ASSAULT | Property Record Form | CCN: 21469-22 |

Status (Check One): ERPO ☐ Found ☐ Evidence ☑ Recovered ☐ | Digital Photograph(s) ☐ Digital Interview(s) ☐ | Quantity ____ Item Number ____ If checked, list names below | Release Property ☐ Destroy Property ☐ 258

| Item Number | Itemization of Property | Estimated Value ($) |
|---|---|---|
| JCP. 1 | BLACK IPHONE WITH BLACK CASE | |

0122021469 – 041
JCP.1:BLACK IPHONE W/BLACK CA SE
Case 0122021469
Type CELLULAR PHONE/ACCESSORIES
Dept ST MARYS SHERIFF'S OFFICE

MCR 1108

ENTERED

Narrative: JCP = Jarvis Carter's Phone

Total Value: N/A

Owner's Name: JARVIS CARTER | DOB: [redacted] | Owner's Address [redacted]

Item Numbers: (of released items) | Owner's Signature/Date: | Property Released By/Date:

**THE INFORMATION BELOW IS NOT TO BE RELEASED TO THE PUBLIC**

| | |
|---|---|
| Reporting Officer & ID #: Date: 355 4/30/22 | Approving Supervisor & ID #: Date: M. Roberts #1108 4/30/22 |
| Property Custodian & ID #: Date: 5/26/22 MEB 1143 | CDS Log Book #: (Property Unit Only) — Crime Lab #: (Crime Lab Only) 164-22 |

**CHAIN OF CUSTODY**

Type/Print and Sign Name & ID # or Location
Line #1: Address (Location) or Person Where Evidence/Property was First Obtained
Line #2: First Person who Takes Possession of the Evidence/Property

| # | Name/ID/Location | Date | Time |
|---|---|---|---|
| 1. | 45350 ACTON LANE FROM JARVIS CARTER | | |
| 2. | DET. BAKE #307 | 4/30/22 | 1757 |
| 3. | DET. BURGESS #355 | 4/30/22 | 1821 |
| 4. | CLT ROBERTS M. Roberts 1108 | 4/30/22 | 2014 |
| 5. | CLTS | 4/30/22 | 2018 |
| 6. | CMR1170 | 5/2/22 | 1440 |
| 7. | CLTS | 5/2/22 | 1459 |
| 8. | M. Roberts 1108 | 5/3/22 | 1323 |
| 9. | CLTS | 5/3/22 | 1338 |
| 10. | M. Roberts 1108 | 5/24/22 | 0947 |
| 11. | Det. Schultz, A. #258 | 5/24/22 | 0947 |
| 12. | M. Roberts 1108 | 5/24/22 | 1032 |
| 13. | CLTS | 5/24/22 | 1634 |
| 14. | BLG 1233 | 5/25/22 | 1113 |

# St. Mary's County Sheriff's Office

| Offense: Assault | Property Record Form | CCN: 21469-22 |
|---|---|---|

| Status (Check One) | ERPO ☐ Evidence ☐ Found ☐ Recovered ☐ | Digital Photograph(s) ☐ Quantity ______ Item Number ______ Digital Interview(s) ☐ If checked, list names below | Release Property ☐ Destroy Property ☐ |
|---|---|---|---|

| Item Number | Itemization of Property | Estimated Value ($) |
|---|---|---|
| | Continuation Only | |

| Narrative: JCP = Jarvis Carter's Phone | Total Value |
|---|---|

| Owner's Name: | DOB: | Owner's Address: |
|---|---|---|
| Item Numbers: (of released items) | Owner's Signature/Date: | Property Released By/Date: |

**THE INFORMATION BELOW IS NOT TO BE RELEASED TO THE PUBLIC**

| Reporting Officer & ID #: Date: | Approving Supervisor & ID #: Date: | |
|---|---|---|
| Property Custodian & ID #: Date: | CDS Log Book #: (Property Unit Only) | Crime Lab #: (Crime Lab Only) |

**CHAIN OF CUSTODY**

Type/Print and Sign Name & ID # or Location
Line #1: Address (Location) or Person Where Evidence/Property was First Obtained
Line #2: First Person who Takes Fossession of the Evidence/Property

| # | Name | Date | Time | # | Name | Date | Time |
|---|---|---|---|---|---|---|---|
| 1. | [redacted] from Jarvis Carter | | | 7. | | | |
| | | | | 8. | | | |
| 2. | Property | 5/25/22 | 1141 | 9. | | | |
| | | | | 10. | | | |
| 3. | | | | 11. | | | |
| 4. | | | | 12. | | | |
| 5. | | | | 13. | | | |
| 6. | | | | 14. | | | |